BERT L. ROOS, #006960
Bert L. Roos, P.C.
5045 N. 12th Street, Suite B
Phoenix, Arizona 85014
Phone (602) 242-7869
Fax: (602) 242-5975
Email: blrpc85015@msn.com
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| REBECCA STOKES, | Case No.: 4:25-bk-03061-SHG |
| Debtor. | **DEBTOR'S MOTION TO AUTHORIZE DEBTOR TO PROCEED WITH DISSOLUTION OF MARRIAGE PROCEEDINGS IN MARICOPA COUNTY SUPERIOR COURT** |

The Debtor, **REBECCA STOKES**, currently is in divorce proceedings pending in Maricopa County Superior Court, CASE # FN2022-090772. The Debtor is requesting that this Court issue an order authorizing the parties to proceed with the pending Dissolution action, and with any distributions to be subject to Bankruptcy Court approval.

The Debtor and her spouse have received an offer for the parties' marital residence during the divorce proceedings and Debtor will request that the Court approve an Order allowing the sale.

**WHEREFORE** Debtor respectfully requests that this Court issue an Order to allow the parties to proceed with their pending divorce proceedings.

DATED this ___ day of May 2025.

                                                   /s/Bert L. Roos_____
                                                   Bert L. Roos
                                                   Attorney for Debtors

Copy of the foregoing sent by
ECF filing May ___, 2025, to:

| | |
|---|---|
| 1 | |
| 2 | OFFICE OF THE UNITED STATES TRUSTEE<br>230 N. FIRST AVE., #204<br>PHOENIX, AZ 85003 |
| 3 | |
| 4 | COPY of the foregoing mailed<br>this ____ day of May 2025, to: |
| 5 | |
| 6 | Amber Guymon, Esq.<br>633 E. Ray Road, Suite 134<br>Gilbert, AZ 85296 |
| 7 | Email: amber@guymonlaw.com<br>Attorney for Husband Anthony Jensen |
| 8 | |
| 9 | Brian J. Mullen, Trustee<br>Chapter 7 Trustee |
| 10 | PO BOX 32247<br>Phoenix, AZ 85064 |
| 11 | Email: bmullen@bktrutee.phxcoxmail.com |
| 12 | ALLY FINANCIAL<br>P.O. BOX 78234 |
| 13 | |
| 14 | Amber Guymon, Esq.<br>633 E. Ray Road, Suite 134<br>Gilbert AZ 85296 |
| 15 | |
| 16 | American Honda Finance<br>Attn: Bankruptcy |
| 17 | Po Box 168088<br>Irving TX 75016 |
| 18 | |
| 19 | Amex<br>Correspondence/Bankruptcy |
| 20 | Po Box 981535<br>El Paso TX 79998 |
| 21 | |
| 22 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981535 |
| 23 | El Paso TX 79998 |
| 24 | Anthony Jansen c/o Amber Guymon, Esq.<br>633 E. Ray Road |
| 25 | Suite 134<br>Gilbert AZ 85296 |

| | |
|---|---|
| 1 | |
| 2 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis MO 63179 |
| 3 | |
| 4 | |
| 5 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis MO 63179 |
| 6 | |
| 7 | Denton Petersen Dunn<br>1930 N. Arboleda Unit 200<br>Mesa AZ 85213 |
| 8 | |
| 9 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 10 | |
| 11 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 12 | |
| 13 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 14 | |
| 15 | |
| 16 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 17 | |
| 18 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 19 | |
| 20 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 21 | |
| 22 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 23 | |
| 24 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 25 | |

Dept Of Education/neln
Po Box 82561
Lincoln NE 68501

Dept Of Education/neln
Po Box 82561
Lincoln NE 68501

IRS
1160 W 1200 S ST
Ogden UT 84201

Logan Hospital
1400 N 500 E
Logan UT 84341

Mercy Gilbert Medical Center
3555 S Val Vista Dr
Gilbert AZ 85297

Net Credit
PO Box 82505
Lincoln NE 68501

Patelco Credit Union
Attn: Bankruptcy
Po Box 2227
Pleasanton CA 95344

Planet Home Lending, LLC
321 Research Parkway
Suite 303
Meriden CT 06450

Provo Hospital
1034 N 500 W
Provo UT 84604

Service Finance Company
Attn: Bankruptcy
Po Box 2935
Gainesville GA 30503

Small Business Association
409 3rd. St SW

| | |
|---|---|
| 1 | Washington DC 20416 |
| 2 | |
| 3 | Tremonton Hospital<br>905 N 1000 W<br>Tremonton UT 84337 |
| 4 | |
| 5 | Udall Shumway PLC<br>1138 N. Alma School Rd. #101<br>Mesa AZ 85201 |
| 6 | |
| 7 | Verizon Wireless<br>500 Technology Dr Suite 550<br>Weldon Spring MO 63304 |
| 8 | |
| 9 | Wells Fargo Bank NA<br>Attn: Bankruptcy |
| 10 | 1 Home Campus Mac X2303-01a 3rd Floor<br>Des Moines IA 50328 |
| 11 | |
| 12 | Wellsky<br>11300 Switzer Rd<br>Overland Park KS 66210 |
| 13 | |
| 14 | By /s/Theresa Bailey____ |