BERT L. ROOS, #006960
Bert L. Roos, P.C.
5045 N. 12th Street, Suite B
Phoenix, Arizona 85014
Phone (602) 242-7869
Fax: (602) 242-5975
Email: blrpc85015@msn.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| REBECCA STOKES, | Case No.: 4:25-bk-03061-SHG |
| Debtor. | NOTICE OF FILING ORDER |

**NOTICE** is given that Debtor, REBECCA STOKES, by and through undersigned counsel, files herewith an Order Authorizing the parties to Proceed with Dissolution of Marriage Proceedings in Maricopa County Superior Court case number FN2022-090772, with any distributions being subject to Bankruptcy Court approval.

DATED this ___ day of May 2025.

          /s/Bert L. Roos_____
          Bert L. Roos
          Attorney for Debtors

Copy of the foregoing sent by
ECF filing May ___, 2025, to:

OFFICE OF THE UNITED STATES TRUSTEE
230 N. FIRST AVE., #204
PHOENIX, AZ 85003

COPY of the foregoing mailed
this ___ day of May 2025, to:

Amber Guymon, Esq.
633 E. Ray Road, Suite 134
Gilbert, AZ 85296

Email: amber@guymonlaw.com
Attorney for Husband Anthony Jensen

Brian J. Mullen, Trustee
Chapter 7 Trustee
PO BOX 32247
Phoenix, AZ 85064
Email: bmullen@bktrutee.phxcoxmail.com

ALLY FINANCIAL
P.O. BOX 78234

Amber Guymon, Esq.
633 E. Ray Road, Suite 134
Gilbert AZ 85296

American Honda Finance
Attn: Bankruptcy
Po Box 168088
Irving TX 75016

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso TX 79998

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso TX 79998

Anthony Jansen c/o Amber Guymon, Esq.
633 E. Ray Road
Suite 134
Gilbert AZ 85296

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis MO 63179

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis MO 63179

| | |
|---|---|
| 1 | Denton Petersen Dunn |
| 2 | 1930 N. Arboleda Unit 200<br>Mesa AZ 85213 |
| 3 | |
| 4 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 5 | |
| 6 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 7 | |
| 8 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 9 | |
| 10 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 11 | |
| 12 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 13 | |
| 14 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 15 | |
| 16 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 17 | |
| 18 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 19 | |
| 20 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 21 | |
| 22 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 23 | |
| 24 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln NE 68501 |
| 25 | IRS<br>1160 W 1200 S ST |

Ogden UT 84201

Logan Hospital
1400 N 500 E
Logan UT 84341

Mercy Gilbert Medical Center
3555 S Val Vista Dr
Gilbert AZ 85297

Net Credit
PO Box 82505
Lincoln NE 68501

Patelco Credit Union
Attn: Bankruptcy
Po Box 2227
Pleasanton CA 95344

Planet Home Lending, LLC
321 Research Parkway
Suite 303
Meriden CT 06450

Provo Hospital
1034 N 500 W
Provo UT 84604

Service Finance Company
Attn: Bankruptcy
Po Box 2935
Gainesville GA 30503

Small Business Association
409 3rd. St SW
Washington DC 20416

Tremonton Hospital
905 N 1000 W
Tremonton UT 84337

Udall Shumway PLC
1138 N. Alma School Rd. #101
Mesa AZ 85201

Verizon Wireless

500 Technology Dr Suite 550
Weldon Spring MO 63304

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines IA 50328

Wellsky
11300 Switzer Rd
Overland Park KS 66210


By /s/Theresa Bailey